| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

RLI Insurance Company, § 
§
      Plaintiff, §
§
versus §     Civil Action H-09-3862
§
ICO, Inc., et al., §
§
      Defendants. §

## Final Judgment

1. RLI Insurance Company does not owe either a defense or indemnity under umbrella liability policy OUL0002579 for the claims asserted by Sylvia Gonzalez, Hector Gonzalez, Jr., and Alma Alicia Gonzalez, individually and as representative of the estate of Hector Gonzalez and as next friend of I.R.G.G., a minor, against ICO, Inc., ICO P&O, Inc., ICO Polymers North America, Inc., and Worldwide GP, L.L.C., that are asserted in *Alma Alicia Gonzales, Individually and as Representative of the Estate of Hector Gonzales, Deceased and as Next Friend of Isaac R.G.G., A Minor Child, and Sylvia Gonzales and Hector Gonzales, Jr. v. ICO, Inc. et al.*, cause 2009-44365, in the 113th Judicial District Court, Harris County, Texas.

2. Sylvia Gonzalez, Hector Gonzalez, Jr., and Alma Alicia Gonzalez, individually and as representative of the estate of Hector Gonzalez and as next friend of Isaac R.G.G., a minor, take nothing by their counterclaim.

3. All costs will be taxed against the party incurring same.

Signed on March 26, 2010, at Houston, Texas.

                                      Lynn N. Hughes
                            United States District Judge